| Fill in this information to identify your case | | | |
|---|---|---|---|
| Debtor 1 | Anthony | L | Schiavone |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kathleen | L | Schiavone |
| (spouse if filing | First Name | Middle Name | Last Name |
| US Bankruptcy Court for the | | Eastern | District of Pennsylvania |
| Case number | 20-13820 | | |
| (if known) | | | |

[] Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

In each category, separately list and describe items. List an asset only once. If an asset fits more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If 2 married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name & case number (if known). Answer every question.

## Part 1   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest  in

1. Do you own or have any legal or equitable interest in any residence, building, lane or similar property?

[] No    Go to Part 2.

[]Yes    Where is the property?

Do not deduct secured claims or exemptions

**1.1**

89 Homewood Place

Catasauqua PA 18032

#REF!

Lehigh

**What is the property?** Check all that apply

[x] Single family home
[] Duplex or multi-unit building
[] Condominium or cooperative
[] Manufactured or mobile home
[] Land
[] Timeshare
[] Other

**Who has an interest?**
[] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 debtor & another

| Current value of entire property | Current value of portion you own |
|---|---|
| $   134,000 | $   134,000 |

**Describe the nature of your ownership interest (e.g. fee simple, etc. if known**

entireties

[] Check if this is community party

**Other formation you wish to add about this item, such as local property identification no.**   .............

**1.2**

0 [] Single family home
[] Duplex or multi-unit building
0 [] Condominium or cooperative
[] Manufactured or mobile home
0 [] Land
[] Timeshare
0 [] Other

**What is the property?** Check all that apply

**Who has an interest?**
[] Debtor 1 only
[] Debtor 2 only
[] Debtor 1 & Debtor 2 only
[] At least 1 debtor & another

Do not deduct secured claims or exemptions

| entire property | portion you own |
|---|---|
| $    - | $    - |

**Describe the nature of your ownership interest (e.g. fee simple, etc. if known**

0

[] Check if this is community party

**Other formation you wish to add about this item, such as local property identification no.**   .............

| Anthony | L | Schiavone | 20-13820 |
|---|---|---|---|

**1.3**

**What is the property?** Check all that apply

Do not deduct secured claims or exemptions

| entire property | portion you own |
|---|---|
| $          - | $          - |

O [] Single family home

[] Duplex or multi-unit building

**Describe the nature of your ownership**

O [] Condominium or cooperative

**interest (e.g. fee simple, etc. if known**

[] Manufactured or mobile home

0

O [] Land      **Who has an interest?**

[] Check if this is community party

[] Timeshare   [] Debtor 1 only

O [] Other     [] Debtor 2 only

[] Debtor 1 & Debtor 2 only

[] At least 1 debtor & another

**Other formation you wih to add about this item, such as local property**

**identification no.** ...............

**2..**    Add the dollar value of the portion you own fror all of your entries from part 1, including any entries for pages
you have attached forPart 1. Write the number here.

>> | $      134,000 | <<

| Part 2 | **Describe Your Vehicles** |
|---|---|

**Do you own, lease, or have legal orequitable interest in any vehicles, whether they arergistered or not?**      Include any vehicles
you own that someone else drives. If you lease a vehicle, also report in on SCHEDULE G, Executory Contrsacts & Unexpired Leases.

**3 Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

[ ]    No
[x]    Yes

**3.1**    Make: **Subaru**      **Who has an interest?**     Do not deduct seucred claims or exemptions

Model: **Forester**    [] Debtor 1 only

| entire property | portion you own |
|---|---|
| | $      4,000 |

Year:      **2014** [] Debtor 2 only

Approx. mileage: ..    [xx] Debtor 1 & Debtor 2 only

Other Information:     [] At least 1 debtor & another

[] Check if this is community party

**3.2**    Make:      **Who has an interest?**     Do not deduct seucred claims or exemptions

Model:      [] Debtor 1 only

| entire property | portion you own |
|---|---|
| $          - | $          - |

Year:      [] Debtor 2 only

Approx. mileage:      [] Debtor 1 & Debtor 2 only

Other Information:     [] At least 1 debtor & another

[] Check if this is community party

**3.3**    Make:      **Who has an interest?**     Do not deduct seucred claims or exemptions

Model:      [] Debtor 1 only

| entire property | portion you own |
|---|---|
| $          - | $          - |

Year:      [] Debtor 2 only

Approx. mileage:      [] Debtor 1 & Debtor 2 only

Other Information:     [] At least 1 debtor & another

[] Check if this is community party

| Anthony | L | Schiavone | 20-13820 |

**3.4**

| | | Who has an interest? | Do not deduct seucred claims or exemptions |
|---|---|---|---|
| Make: | | [] Debtor 1 only | entire property / portion you own |
| Model: | | [] Debtor 2 only | $ -  $ - |
| Year: | | [] Debtor 1 & Debtor 2 only | |
| Approx. mileage: | | [] At least 1 debtor & another | |
| Other Information: | | | |

[] Check if this is community party

## 4.. Watercraft, aircraft, motor home, ATVs and other recreational vehicles, other vehicles & accessories

Example :Boats, trailers, motors, personal watercraft, fishingvessels, snowmobiles, motorcycle accessories

[x] No
[] Yes

**4.1**

| | | Who has an interest? | Do not deduct seucred claims or exemptions |
|---|---|---|---|
| Make: | | [] Debtor 1 only | entire property / portion you own |
| Model: | | [] Debtor 2 only | $ -  $ - |
| Year: | | [] Debtor 1 & Debtor 2 only | |
| Other Information: | | [] At least 1 debtor & another | |

**4.2**

| | | Who has an interest? | Do not deduct seucred claims or exemptions |
|---|---|---|---|
| Make: | | [] Debtor 1 only | entire property / portion you own |
| Model: | | [] Debtor 2 only | $ -  $ - |
| Year: | | [] Debtor 1 & Debtor 2 only | |
| Other Information: | | [] At least 1 debtor & another | |

**5..** Add the dollar value of the portion you own fror all of your entries from part 2, including any entries for pages you have attached forPart 2. Write the number here.    >> $   4,000 <<

| Part 3 | Describe Your Personal & Household Items |
|---|---|

| | | Current value of portion you own |
|---|---|---|
| | Do you own or have any legal or equitable interest in any of the following items? | |
| 6 | Household goods & furnishings | $ 4,500.00 |
| | *Examples:* Major appliances, furniture, linens, china, kitchenware | |
| | [] No     stove, microwave, dischwasher, washer, dryer | |
| | [x] Yes. Describe     bed linens, china, tableware, glassware     No item exceeds $500 value | |
| 7 | Electronics | $ 1,000.00 |
| | *Examples:* TV & radios, audio, video, stereo, and digital equipment, computers, printers, scanners | |
| | music collections, electronic devices including cell phones, cameras media players, games | |
| | [] No     2 tvs, 2 raadios, computer, printer | |
| | [x] Yes. Describe     ....     No item exceeds $500 value | |

| Anthony | L | Schiavone | 20-13820 |
|---|---|---|---|

| 8 | Collections of value | | $ 2,000.00 |
|---|---|---|---|

*Examples*    Antiques, figurines, paintings, prints orotherartwork, books, pictures or other art objects
stamp, coinr or baseball card collections, other collecdtions, memorabilia, collectibles

[] No

[x] Yes. Describe    doll collection    No item exceeds $500 value

| 9 | Equipment for sports & hobbies | | $ 200.00 |
|---|---|---|---|

*Examples*    Sports, photographic, exercise, & other hobby equipment, bicycles, pool tables, golf clubs,
skis, canoes & kayaks; carpentry tools, musical instruments

[] No

[x] Yes. Describe    camera    No item exceeds $500 value

| 10 | Firearms | | $ 750.00 |
|---|---|---|---|

*Examples*    Pistols, rifles, shotguns, ammunition & related equipment

[] No

[] Yes. Describe    rifle, handgun    No item exceeds $500 value

| 11 | Clothes | | $ 1,400.00 |
|---|---|---|---|

*Examples:*    Everyday clothes, furs, leather coats, designer wear, shoes, accessories

[] No    Husband wardrobe  $500

[x] Yes. Describe    Wife wardrobe $900    No item exceeds $500 value

| 12 | Jewelry | | $ 1,100.00 |
|---|---|---|---|

*Examples:*    Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry,
watches, gems

[] No    Husband jewelry    $    100.00

[x] Yes. Describe    Wife jewelry    $    1,000.00    No item exceeds $500 value

| 13 | Non-farm animals | | $ 600.00 |
|---|---|---|---|

*Examples:*    Dogs, cats, birds, horses

[] No

[x] Yes. Describe    2 pet dogs    No item exceeds $500 value

| 14 | Any other personal & household itemsyou did not already list, including health aids you did not list | | $ 100.00 |
|---|---|---|---|

[] No

[x] Yes. Describe    miscellaneous personal effects

15 Add the dollar value of the portion you own for all of your entries from part 3 , including any entries for pages
you have attached forPart 3. Write the number here.

>> $ 11,650.00 <<

| Anthony | L | Schiavone | 20-13820 |
|---------|---|-----------|----------|

| Part 4 | Describe Your Financial Assets |
|--------|-------------------------------|

**Do you own or have any legal or equitable interest in any of the following:**

**16**   Cash

*Example:*        Money you have in your wallet, in your home, in a safe deposit box, and on hand when

[] No            you filed your petition.

[x] Yes                                                                              $        300.00

**17**   Deposits of money

*Example:*        Checking, savings or other financial accounts; certificats of deposit, shares in credit

[] No            unions, brokerage houses and similar institutions. If you have multiple accounts with the

[x] Yes          same institution, list each.          Wells Fargo        $     1,000.00

                                                  ...                 $     2,000.00

                                                  ....                $          -

                                                  ...                 $          -

                                                  ....                $          -

                                                  ...                 $          -

                                                  ....                $          -

                                                  ...                 $          -

**18**   Bonds, mutual funds, or publicly traded stocks

*Example:*        Bond funds, investment accounts with brokerage firms, money market  accounts

**[x] NO**

[] Yes                                                                               $          -

**19**   Non-publcly traded stock and interests in incorporated & unincorporated businesses,

including an interestin an LLC, partnership or joint venture

| **[x] NO** | *Name of entity* | *% of ownership* | [x] NO |    |
|------------|------------------|------------------|--------|----|
| [] Yes. Give specific | ..... | 0% | $ | - |
| information about them | ..... | 0% | $ | - |
|  | ..... | 0% | $ | - |

**20**   Government & corporate bonds & other non-negotiable instruments.

**[x] NO**

| [] Yes. Give specific | *Issuer name* |  |  |
|-----------------------|---------------|--|--|
| information about them | .............. | $ | - |
|  | ............. | $ | - |
|  | ............ | $ | - |

Anthony      L            Schiavone            20-13820

21    Retirement or pension accounts

[] No

[] Yes. List each    *Type of Account*    *Institution Name*

Account separately    401[k] or similar    ...                                        $            -

Pension plan    ...                **Excluded**    Estimate    $    10,000.00

IRA    ...                                        $            -

Retirement account    ...                            $            -

Keogh    ...                                        $            -

Additional account    ...                            $            -

Additional account    ...                            $            -

22    Security deposits and prepayments

[x] NO

[] Yes ............                *Institution or individual*

Electric                                            $            -

Gas                                            $            -

Heating oil                                            $            -

Seciurity deposit on rental unit                                            $            -

Prepaid rent                                            $            -

Telephone                                            $            -

Water                                            $            -

Rented furniture                                            $            -

Other                                            $            -

23    Annuities

[x] NO    *Issuer name & description*

[] Yes ............    ...                                        $            -

...                                        $            -

...                                        $            -

24    Interest in an education IRA, in an account qualified ABLE program, or under a state tuition program

26 USC Sec 530(b)(1), 529A(b) & 529(b)(1)

[x] NO

[] Yes ............    Instituiton name & description. Separately file the records of any interests. 11 USC Sec 521[c]

...                                        $            -

...                                        $            -

...                                        $            -

25    Trusts, equitable or future interests in property (other than anythinglisted in line 1),

& rights & powers exercisable for your benefit

[x] NO

[] Yes. Give specific
information                                            $            -

Anthony          L                    Schiavone                    20-13820

---

26   Patents, copyrights, trademarks, trade secrets & other intellectual property

*Examples*          Internet domain names, websites, proceeds from royalties & licensing agreements

[x] NO

[] Yes. Give specific
information                                                                          $            -

---

27   Licenses, franchises & other intangibles

*Examples*          Building permits. Exclusive licenses, coop association holdings, liquor licenses,

[x] NO              professional licenses

[] Yes. Give specific
information                                                                          $            -

---

**Money or property owed to you?**                                    Current value of
                                                                      the portion you own

---

28   Tax refunds owed to you

[x] NO

[] Yes. Give specific                                        Federal  $            -
information, including                                         State  $            -
whether you filed the                                         Local  $            -
   returns & the years

---

29   Family support

*Examples*          Past due or lump sum alimony, spousal support, child support, maintenance, divorce

[x] NO              entitlement, property settlement

[] Yes. Give                                   Alimony               $            -
specific information                           Maintenance           $            -
                                               Support               $            -
                                               Divorce entitlement   $            -
                                               Property settlement   $            -

---

30   Other amounts someone owes you

*Examples*          Unpaid wages, disability insurance payments, disability benefits, si k pay, vacation pay

[x] NO              workers' compensation, Social Security benefits, unpaisloans you made tosomeone else.

[] Yes. Give
specific information                                                                 $            -

---

31   Interests in insurance policies

*Examples*          Health, disability or life insurance; health savings aaccount (HAS) credit, homeowner's

[] No               or renter's insurance.

[] Yes. Give       *Company name*                    *Beneficiary*            *Surrender or refund value*
specific information   ...                               ..                      $            -
                       ...                               ...                     $            -
                       ...                               ...                     $            -

| Anthony | L | Schiavone | 20-13820 |
|---------|---|-----------|----------|

32  Any interest in property that is due you from someonw who has died
*Examples*  If you are the beneficiary of a living trust, expect proceeds from an insurance
**[x] NO**   policy, or are currently entitoe to receive proeprty because someone has died.
[] Yes. Give
specific information                                                      $       -

33  Claims against 3rd parties, whether or not you have filed a lawsuit or made a demand for payment.
*Examples*  Accidents, employment disputes, insurance claims or right to sue
**[x] NO**
[] Yes. Describe
each claim                                                               $       -

34  Other contingent & unliquidated claims of evrey nature, including conterclaims of the
debtor & rights to set off claims
**[x] NO**
[] Yes. Describe                                                         $       -

35  Any financial assets you did not already list
**[x] NO**
[] Yes. Describe                                                         $       -

36  Add the dollar value of the portion you own for all of your entries from part 4, including any entries for pages
you have attached forPart 4. Write the number here.
                                                           >>  $    13,300.00  <<

## Part 5    Describe any Business-Related Property  You Own or Have an Interest in. List any Real Estate in Part 1

37  Do you own or have any legal or equitable interst in any business-related property?
**[x] No**    Go to Part 6.
[] Yes        Go toLine 38
                                                                Current value of
                                                            the portion you own

38  Accounts receivable or commissions that you have already earned.
[] No
[ ] Yes. Describe                                                        $       -

39  Office equipment, furnishings & supplies.
[] No
[ ] Yes. Describe                                                        $       -

40  Machinery, fixtures, equipment, supplies you use in business & tools of your trade
[] No
[ ] Yes. Describe                                                        $       -

| Anthony | L | Schiavone | 20-13820 |

**41**  Inventory

[] No

[ ] Yes. Describe

$ -

**42**  Interests in partnerships & joint ventures

[] No

[ ] Yes. Describe

| Name of Entity | % of Ownership | |
|---|---|---|
| ... | 0% | $ - |
| ... | 0% | $ - |
| ... | 0% | $ - |

**43**  Customer lists, mailing lists, oer other compilations

[] No

[ ] Yes. Describe

$ -

**44**  Any business-related property youe did not alreay list

| ... | $ - |
| ... | $ - |
| ... | $ - |
| ... | $ - |
| ... | $ - |
| ... | $ - |

**45**  Add the dollar value of the portion you own for all of your entries from part 5, including any entries for pages
you have attached forPart 5. Write the number here.

>> $ - <<

---

**Part 6**  **Describe Any Farm - and Commercial Fishing-Related Propety You Own or Have an Interest In**

**46**  Do you own or have any legal orequitable interestin any farm- or commercial fishing-related property?

**[x] No**          Go to Part 7.

[] Yes          Go to Line 47

**47**  Farm animals

*Examples*          Livestock, poulty, farm-raised fish

[] No

[] Yes

$ -

**48**  Crops --either growing or harvested

[] No

[ ] Yes. Describe

$ -

**49**  Farm & fishing equipment, implements, machinery, fixtures & tools of trade

[] No

[ ] Yes. Describe

$ -

| Anthony | L | Schiavone | 20-13820 |
|---------|---|-----------|----------|

**50**  Farm & fishing supplies, chemicals & feed
[] No
[ ] Yes. Describe _____  $     -

**51**  Any farm-and commercial fishing-related property you did not already list
[] No
[ ] Yes. Describe _____  $     -

**52**  Add the dollar value of the portion you own for all of your entries from part 5, including any entries for pages you have attached forPart 5. Write the number here.

>> $     - <<

## Part 7  Describe All Property You Own or Have an Interest in That You Did Not List Above

**53**  *Examples*    Season tickets, country club memberships
[x] No                                                         $     -
[] Yes                                                         $     -
                                                               $     -

**54**  Add the dollar value of all your entries from Part 7. Write that number here.>>   $     - <<

## Part 8  List the Totals of Each Part of this Form

| 55 | Part 1 | Total real estate | Line 2 | | | $ 134,000.00 | |
|----|--------|-------------------|--------|---|---|--------------|---|
| 62 | Part 2 | Total vehicles | Line 5 | $ 4,000.00 | | | |
| 63 | Part 3 | Total personal & household items | Line 15 | $ 11,650.00 | | | |
| 58 | Part 4 | Total financial assets | Line 36 | $ 13,300.00 | | | |
| 59 | Part 5 | Total business-related assets | Line 45 | $ - | | | |
| 60 | Part 6 | Total farm & fishing related assets | Line 52 | $ - | | | |
| 61 | Part 7 | Total other property not listed | Line 54 | $ - | | | |
| 55 | Total personal property | | | $ 28,950.00 | $ 28,950.00 | | |

>> $ 162,950.00 <<

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Anthony L Schisvone |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Kathleen L Schiavone |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number (if known) | 20-13820 |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: residence hus<br>Line from *Schedule A/B*: 1.1 | $134,000.00 | ☑ $ 25,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(1) |
| Brief description: residence wife<br>Line from *Schedule A/B*: 3.1 | $134,000.00 | ☑ $ 25,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(1) |
| Brief description: vehicle<br>Line from *Schedule A/B*: _____ | $4,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(2) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　☐ No

   　　☐ Yes

Debtor 1  Anthony L Schisvone

First Name    Middle Name    Last Name

Case number (if known) 20-13820

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: major appliances<br>Line from Schedule A/B: 6 | $ 4,500.00 | ☐ $ 4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: electronics<br>Line from Schedule A/B: 7 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: collections<br>Line from Schedule A/B: 8 | $ 2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: hobby etc<br>Line from Schedule A/B: 9 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: firearms<br>Line from Schedule A/B: 10 | $ 750.00 | ☐ $ 750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(5) |
| Brief description: clothing<br>Line from Schedule A/B: 11 | $ 1,400.00 | ☑ $ 1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: jewelry<br>Line from Schedule A/B: 12 | $ 1,100.00 | ☑ $ 1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(4) |
| Brief description: 2 dogs<br>Line from Schedule A/B: 13 | $ 600.00 | ☐ $ 600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: personal effects<br>Line from Schedule A/B: 14 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(3) |
| Brief description: Cash<br>Line from Schedule A/B: 16 | $ 300.00 | ☐ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(9) |
| Brief description: depoaits<br>Line from Schedule A/B: — | $ 3,000.00 | ☑ $ 1,025.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 522(d)(5) |
| Brief description: ———<br>Line from Schedule A/B: ——— | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case**

| Debtor 1 | Anthony | L | Schiavone |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kathleen | L | Schiavone |
| (spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the    Eastern  < District of >    Pennsylvania

Case number    20-13820

[] Check if this is an
amended filing

---

Official Form  106D

# Schedule D: Creditors Who Have Claims Secured by Property    .12/15

Be as complete & accurate as possible. If 2 married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any
additional pages, write your name & case number (if known).

**1. Do any creditors have claims securfed by your property?**

[] No    Check the box and submit this form to ht ecourt with your other schedules. You have nothing else to report on this form.

{} Yes    Fill out all of the informtaion below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.**    If a creditor has mor than 1 secured claim

list the creditor separately for each claim. If more than 1 creditor has a particular
claim, list the other creditors in part 2. As much as possible, list the claims
in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports | portion |
| | | value of collateral | this claim | if any |
| 2.1 US BANK TRUSTEE  **Primary residence, 89 Homewood Pl** | | $ 72,258.00 | $ 134,000.00 | $ - |

Attn.: Lynch Law Group
501 Smith Drive
Cranberry Twp PA 16066

As of the date you file, the claim is: Check all that apply

[] Contingent

**Who owes the debt? Check one**    [] Unliquidated

[ ] Debtor 1 only    [] Disputed

[] Debtor 2 only    **Nature of lien. Check all that apply**

[x] Debtor 1 & Debtor 2 only    [x] An agreement you made (such as mortgage or secured car loan

[] At least 1 of the debtors & another    [] Statutory lien (such as tax lien, mechanic's lien

[] Check if this claim is for a community debt    [] Judgment lien from a lawsuit

Date debt was incurred    5/21/2003 [] Other (including a right to offset)

Last four digits of account number

| 2.2 Wells Fargo Bank NA  **Primary residence, 89 Homewood Pl** | | $ 3,500.00 | $ 134,000.00 | $ - |

Att: Henry Reichner,  Esq
1717 Arch St #3100
Philadelphia PA 19103

As of the date you file, the claim is: Check all that apply

[] Contingent

**Who owes the debt? Check one**    [] Unliquidated

[ ] Debtor 1 only    [] Disputed

[] Debtor 2 only    **Nature of lien. Check all that apply**

[] Debtor 1 & Debtor 2 only    [] An agreement you made (such as mortgage or secured car loan

[] At least 1 of the debtors & another    [] Statutory lien (such as tax lien, mechanic's lien

[] Check if this claim is for a community debt    [] Judgment lien from a lawsuit

Date debt was incurred    5/21/2003 [] Other (including a right to offset)

Last four digits of account number

Add the dollar value of entries in Column A on this page. Write that here.    $ 75,758.00

|  |  | Column A | Column B | Column C |
|---|---|---|---|---|

**2.3** Wells Fargo Bank          **Primary residence, 89 Homewood Pl**          $ 26,187.00   $ 134,000.00   $       -

Att: Sharon Renee Harris VP

1000 Blue Gentian Road N9286-01Y          As of the date you file, the claim is: Check all that apply

Eagan MN 55121                            [ ] Contingent

**Who owes the debt? Check one**            [] Unliquidated

[ ] Debtor 1 only                        **[xx] Disputed**      See 2.2

[] Debtor 2 only                         **Nature of lien. Check all that apply**

[] Debtor 1 & Debtor 2 only              [] An agreement you made (such as mortgage or secured car loan

[] At least 1 of the debtors & another   [] Statutory lien (such as tax lien, mechanic's lien

[] Check if this claim is for a community debt   [] Judgment lien from a lawsuit

Date debt was incurred          5/21/2003  [] Other (including a right to offset

                                         Last four digits of account number

---

**2.4** Internal Revenue Service          **Federal Tax Lien**  $ 19,594.00   $       -      $       -

Special Procedures Mgr

600 Arch St

Philadelphia PA 19105                    As of the date you file, the claim is: Check all that apply

                                         [ ] Contingent

**Who owes the debt? Check one**            [] Unliquidated

[ ] Debtor 1 only                        [] Disputed

[] Debtor 2 only                         **Nature of lien. Check all that apply**

**[x] Debtor 1 & Debtor 2 only**            [] An agreement you made (such as mortgage or secured car loan

[] At least 1 of the debtors & another   **[x] Statutory lien (such as tax lien, mechanic's lien**

[] Check if this claim is for a community debt   [] Judgment lien from a lawsuit

Date debt was incurred                   [] Other (including a right to offset

                                         Last four digits of account number

---

**2.3**                         **Describe property securing claim**   $       -      $       -      $       -

                                         As of the date you file, the claim is: Check all that apply

                                         [ ] Contingent

**Who owes the debt? Check one**            [] Unliquidated

[ ] Debtor 1 only                        [] Disputed

[] Debtor 2 only                         **Nature of lien. Check all that apply**

[] Debtor 1 & Debtor 2 only              [] An agreement you made (such as mortgage or secured car loan

[] At least 1 of the debtors & another   [] Statutory lien (such as tax lien, mechanic's lien

[] Check if this claim is for a community debt   [] Judgment lien from a lawsuit

Date debt was incurred                   [] Other (including a right to offset

                                         Last four digits of account number

---

Page total          $   45,781.00

Schedule D total    $  121,539.00

| Fill in this information to identify your case | | | | |
|---|---|---|---|---|
| Debtor 1 | Anthony | L | Schiavone | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Kathleen | L | Schiavone | |
| (spouse if filing | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the | | Eastern | < District of > | Pennsylvania |
| Case number | 20-13820 | | | |
| (if known) | | | | |

[] Check if this is an
amended filing

## Official Form 101E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15.

Be as complete and accuraate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditorswith NONPRIORITY claims.

List the otherprarty to any executory contracts or unexpired leases that could result in a claim.Also list executory contracts on Schedule A/B, Property (Oficial Form 106A/B, ans on Schedule G9/24/2020 Executory Cvontracts & Unexpired Leases, (Official Form 106G). Do not include any creditors with partially secured claims that  are listed in ScheduleD: Creditors Who Have Claimes Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:**     List All of Your PRIORITY Unsecured Claims.

1.. [] No. Go to Part 2

[] Yes

2.. **List All of Your PRIORITY Unsecured Claims.**     If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identity what type of claim it is. If a claim has both priority & nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two proprit unsecured claims, fill out the Continuation Page of Part 1. If fmore than one creditor holds a particular claim, list the other creditors in Part 3.

| | | | Total Claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | Dept of Labor & Industry | Last 4 digit of a/c # | $ 3,647.00 | $          - | $          - |
| | Attn Amy Weikel | 2 | | | |
| | 651 Boas St, Rm 925 | When was the debt incurred? | | | |
| | Harrisburg PA 17121 | As of the date you file, the claim is: Check all that apply | | | |
| | | [ ] Contingent | | | |
| | [ ] Debtor 1 only | [] Unliquidated | | | |
| | [] Debtor 2 only | {XX} Disputed | | | |
| | [] Debtor 1 & Debtor 2 only | Type of PRIORITY | | | |
| | [] At least 1 of the debtors & another | [] Domestic support | | | |
| | [] Check if this claim is for a community debt | [xx] Taxes & other debts you owe the gov't | | | |
| | Is the claim subject to offset? | [] Claims for death or personal injury while | | | |
| | [] No | you were intoxicated | | | |
| | [] Yes | [] Other: specify | | | |

<u>Anthony</u>          <u>L</u>          <u>Schiavone</u>          <u>20-13820</u>

| | Total | Priority | Nonpriority |
|---|---|---|---|
| | | | |

**2.2**                                Last 4 digit of a/c #          0          $      -          $      -

2

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**          [ ] Contingent

[ ] Debtor 1 only                              [] Unliquidated

[] Debtor 2 only

[] Debtor 1 & Debtor 2 only          Type of PRIORITY

[] At least 1 of the debtors & another          [] Domestic support

[] Check if this claim is for a community debt          [] Taxes & other debts you owe the gov't

Is the claim subject to offset?          [] Claims for death or personal injury while

[] No          you were intoxicated

[] Yes          **[x] Other: specify** Unknown

| | Total | Priority | Nonpriority |
|---|---|---|---|
| | | | |

[ ]                                Last 4 digit of a/c #          0  $      -          $      -          $      -

3

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**          [ ] Contingent

[ ] Debtor 1 only                              [] Unliquidated

[] Debtor 2 only                              [] Disputed

[] Debtor 1 & Debtor 2 only          Type of PRIORITY

[] At least 1 of the debtors & another          [] Domestic support

[] Check if this claim is for a community debt          [] Taxes & other debts you owe the gov't

Is the claim subject to offset?          [] Claims for death or personal injury while

[] No          you were intoxicated

[] Yes          [] Other: specify

| | Total | Priority | Nonpriority |
|---|---|---|---|
| | | | |

[ ]                                Last 4 digit of a/c #          0  $      -          $      -          $      -

4

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**          [ ] Contingent

[ ] Debtor 1 only                              [] Unliquidated

[] Debtor 2 only                              [] Disputed

[] Debtor 1 & Debtor 2 only          Type of PRIORITY

[] At least 1 of the debtors & another          [] Domestic support

[] Check if this claim is for a community debt          [] Taxes & other debts you owe the gov't

Is the claim subject to offset?          [] Claims for death or personal injury while

[] No          you were intoxicated

[] Yes          [] Other: specify

| Anthony | L | Schiavone | 20-13820 |

| | Total | Priority | Nonpriority |
|---|---|---|---|
[ ] | $      - | $      - | $      - |

1

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

[ ] Debtor 1 only

[] Debtor 2 only

[] Debtor 1 & Debtor 2 only

[] At least 1 of the debtors & another

[] Check if this claim is for a community debt

Is the claim subject to offset?

[] No

[] Yes

[ ] Contingent

[] Unliquidated

[] Disputed

**Type of PRIORITY**

[] Domestic support

[] Taxes & other debts you owe the gov't

[] Claims for death or personal injury while
you were intoxicated

[] Other: specify

---

**Part 2:    List All of Your NONPRIORIY Unsecured Claims**

3  Do any creditors have nonpriority unsecuredclaims against you?

[] No             You have nothing to report in this part. Submit this form to the cour with your other schedules.

identify what type of claim it is. Do not list claims already

4  List ll of your nonpriority unsecured cliams in the alphabeticla order of the creidotr who holds each claim.

If a creditor has more than one nonpriority unsecuredclaim, list the creditor separately for each claim. For each claim listed

identify what tye of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular

claim, list the other creditors in Part 3. If you havemore than 3 nonpriority unsecured claims, fill out the Continuation Page of Part 2.

Total Claim

| 4.1 | **Internal Revenue Service** | Last 4 digist of a/c # | 0 | 4 | $   1,364.41 |

**Special Procedures Mgr**  When was claim incurred?  2010+/-

**600 Arch St**  As of the date you file, the claim is: Check all that apply

**Philadelphia PA 19105**  [ ] Contingent

**Who incurred the debt? Check one.**  [] Unliquidated

[ ] Debtor 1 only                    Type of NONPRIORITY

[] Debtor 2 only                  [] Student loans

[] Debtor 1 & Debtor 2 only       [] Obligations arising out of a separation agrezement or

[] At least 1 of the debtors & another      divorce that you did not report as priority claims

[] Check if this claim is for a community debt    [] Debts to pension or prothit charing plans or similare debts

Is the claim subject to offset?             [xx] Other, specify:  undersecured tax

**[x] NO**         [] Yes                 ...

---

| 4.2 | Franklin Cedit management | Last 4 digist of a/c # | 0 | 4 | $  40,103.00 |

Attn Angela Catherine Patterson, Esq   When was claim incurred?   11/12/2002

Hill Wallack LLP   As of the date you file, the claim is: Check all that apply

1415 Route 70 East   [ ] Contingent

Cherry Hill NJ 08034   [] Unliquidated

[x] Debtor 1 only   [] Unliquidated

[] Debtor 2 only   [xx] Disputed    Type of NONPROIRITY

[] Debtor 1 & Debtor 2 only   [] Student loans

[] At least 1 of the debtors & another

[] Check if this claim is for a community debt

Is the claim subject to offset?

[] No                    [] Yes

[] Obligations arising out of a separation agreement or

   divorce that you did not report as priority claims

[] Debts to pension or prothit charing plans or similare debts

[x] Other, specify:    Loan, outside statute of limitations

---

**4.3**

Last 4 digist of a/c #          0          1          $          -

When was claim incurred?               1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent

Who incurred the debt? Check one.

[] Unliquidated

[ ] Debtor 1 only

[] Disputed

[] Debtor 2 only

Type of NONPROIRITY

[] Debtor 1 & Debtor 2 only

   [] Student loans

[] At least 1 of the debtors & another

[] Obligations arising out of a separation agreement or

[] Check if this claim is for a community debt

   divorce that you did not report as priority claims

Is the claim subject to offset?

[] Debts to pension or prothit charing plans or similare debts

[] No                    [] Yes

[] Other, specify:   ...

---

**4.4**

Last 4 digist of a/c #          0          1          $          -

When was claim incurred?               1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent

Who incurred the debt? Check one.

[] Unliquidated

[ ] Debtor 1 only

[] Disputed

[] Debtor 2 only

Type of NONPROIRITY

[] Debtor 1 & Debtor 2 only

   [] Student loans

[] At least 1 of the debtors & another

[] Obligations arising out of a separation agreement or

[] Check if this claim is for a community debt

   divorce that you did not report as priority claims

Is the claim subject to offset?

[] Debts to pension or prothit charing plans or similare debts

[] No                    [] Yes

[] Other, specify:   ...

---

**4.5**

Last 4 digist of a/c #          0          1          $          -

When was claim incurred?

As of the date you file, the claim is: Check all that apply

[ ] Contingent

Who incurred the debt? Check one.

[] Unliquidated

[ ] Debtor 1 only

[] Disputed          Type of NONPROIRITY

[] Debtor 2 only

   [] Student loans

[] Debtor 1 & Debtor 2 only

[] Obligations arising out of a separation agreement or

[] At least 1 of the debtors & another

   divorce that you did not report as priority claims

[] Check if this claim is for a community debt

[] Debts to pension or prothit charing plans or similare debts

Is the claim subject to offset?

[] Other, specify:

[] No                    [] Yes

   ...

---

**4.6**

Last 4 digist of a/c #          0          1          $          -

When was claim incurred?

As of the date you file, the claim is: Check all that apply

|  | [ ] Contingent |  |
| **Who incurred the debt? Check one.** | [] Unliquidated |  |
| [ ] Debtor 1 only | [] Disputed | **Type of NONPROIRITY** |
| [] Debtor 2 only |  | [] Student loans |
| [] Debtor 1 & Debtor 2 only |  | [] Obligations arising out of a separation agreezment or |
| [] At least 1 of the debtors & another |  | divorce that you did not report as priority claims |
| [] Check if this claim is for a community debt |  | [] Debts to pension or prothit charing plans or similare debts |
| Is the claim subject to offset? |  | [] Other, specify: |
| [] No          [] Yes |  | ... |

**4.7** | Last 4 digit of a/c # | 0 | 1 | $ | - |

When was claim incurred?

As of the date you file, the claim is: Check all that apply

|  | [ ] Contingent |  |
| **Who incurred the debt? Check one.** | [] Unliquidated |  |
| [ ] Debtor 1 only | [] Disputed | **Type of NONPROIRITY** |
| [] Debtor 2 only |  | [] Student loans |
| [] Debtor 1 & Debtor 2 only |  | [] Obligations arising out of a separation agreezment or |
| [] At least 1 of the debtors & another |  | divorce that you did not report as priority claims |
| [] Check if this claim is for a community debt |  | [] Debts to pension or prothit charing plans or similare debts |
| Is the claim subject to offset? |  | [] Other, specify: |
| [] No          [] Yes |  | ... |

**4.8** | Last 4 digit of a/c # | 0 | 1 | $ | - |

When was claim incurred?

As of the date you file, the claim is: Check all that apply

|  | [ ] Contingent |  |
| **Who incurred the debt? Check one.** | [] Unliquidated |  |
| [ ] Debtor 1 only | [] Disputed | **Type of NONPROIRITY** |
| [] Debtor 2 only |  | [] Student loans |
| [] Debtor 1 & Debtor 2 only |  | [] Obligations arising out of a separation agreezment or |
| [] At least 1 of the debtors & another |  | divorce that you did not report as priority claims |
| [] Check if this claim is for a community debt |  | [] Debts to pension or prothit charing plans or similare debts |
| Is the claim subject to offset? |  | [] Other, specify:   ... |
| [] No          [] Yes |  |  |

**4.9** | Last 4 digit of a/c # | 0 | 1 | $ | - |

When was claim incurred?

As of the date you file, the claim is: Check all that apply

|  | [ ] Contingent |  |
| **Who incurred the debt? Check one.** | [] Unliquidated |  |
| [ ] Debtor 1 only | [] Disputed |  |
| [] Debtor 2 only | **Type of NONPROIRITY** |  |
| [] Debtor 1 & Debtor 2 only |  | [] Student loans |
| [] At least 1 of the debtors & another |  | [] Obligations arising out of a separation agreezment or |
| [] Check if this claim is for a community debt |  | divorce that you did not report as priority claims |
| Is the claim subject to offset? |  | [] Debts to pension or prothit charing plans or similare debts |
| [] No          [] Yes |  | [] Other, specify:   ... |

| Anthony | L | Schiavone | 20-13820 |
|---|---|---|---|

**4.10**

| Last 4 digit of a/c # | 0 | 1 | $ | - |
|---|---|---|---|---|

When was claim incurred?

As of the date you file, the claim is: Check all that apply

[ ] Contingent

**Who incurred the debt? Check one.**

[] Unliquidated

[ ] Debtor 1 only

[] Disputed    Type of NONPROIRITY

[] Debtor 2 only

   [] Student loans

[] Debtor 1 & Debtor 2 only

   [] Obligations arising out of a separation agrezement or

[] At least 1 of the debtors & another

     divorce that you did not report as priority claims

[] Check if this claim is for a community debt

   [] Debts to pension or prothit charing plans or similare debts

Is the claim subject to offset?

   [] Other, specify:

[] No       [] Yes

     ...

**4.11**

| Last 4 digit of a/c # | 0 | 1 | $ | - |
|---|---|---|---|---|

When was claim incurred?    1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent

**Who incurred the debt? Check one.**

[] Unliquidated

[ ] Debtor 1 only

[] Disputed

[] Debtor 2 only

Type of NONPROIRITY

[] Debtor 1 & Debtor 2 only

   [] Student loans

[] At least 1 of the debtors & another

   [] Obligations arising out of a separation agrezement or

[] Check if this claim is for a community debt

     divorce that you did not report as priority claims

Is the claim subject to offset?

   [] Debts to pension or prothit charing plans or similare debts

[] No

   [] Other, specify:   ...

[] Yes

**4.12**

| Last 4 digit of a/c # | 0 | 1 | $ | - |
|---|---|---|---|---|

When was claim incurred?    1/1/2002

As of the date you file, the claim is: Check all that apply

[ ] Contingent

**Who incurred the debt? Check one.**

[] Unliquidated

[ ] Debtor 1 only

[] Disputed

[] Debtor 2 only

Type of NONPROIRITY

[] Debtor 1 & Debtor 2 only

   [] Student loans

[] At least 1 of the debtors & another

   [] Obligations arising out of a separation agrezement or

[] Check if this claim is for a community debt

     divorce that you did not report as priority claims

Is the claim subject to offset?

   [] Debts to pension or prothit charing plans or similare debts

[] No

   [] Other, specify:   ...

[] Yes

Anthony              L              Schiavone              20-13820

| Part 3 | List others to Be Notified About a Debt That You Already Listed |

In which entry in Part 1 or 2 did you list the original creditor?

Line                      [ ]Part 1      Creditors with Priority Unsecured Claims
                          [ ] Part 2     Credidtosrs with Nonpriority Unsecured Claims
          Last 4 digist of a/c #              0

In which entry in Part 1 or 2 did you list the original creditor?

Line                      [ ]Part 1      Creditors with Priority Unsecured Claims
                          [ ] Part 2     Credidtosrs with Nonpriority Unsecured Claims
          Last 4 digist of a/c #              0

In which entry in Part 1 or 2 did you list the original creditor?

Line                      [ ]Part 1      Creditors with Priority Unsecured Claims
                          [ ] Part 2     Credidtosrs with Nonpriority Unsecured Claims
          Last 4 digist of a/c #              0

In which entry in Part 1 or 2 did you list the original creditor?

Line                      [ ]Part 1      Creditors with Priority Unsecured Claims
                          [ ] Part 2     Credidtosrs with Nonpriority Unsecured Claims
          Last 4 digist of a/c #              0

In which entry in Part 1 or 2 did you list the original creditor?

Line                      [ ]Part 1      Creditors with Priority Unsecured Claims
                          [ ] Part 2     Credidtosrs with Nonpriority Unsecured Claims
          Last 4 digist of a/c #              0

In which entry in Part 1 or 2 did you list the original creditor?

Line                      [ ]Part 1      Creditors with Priority Unsecured Claims
                          [ ] Part 2     Credidtosrs with Nonpriority Unsecured Claims
          Last 4 digist of a/c #              0

Anthony          L               Schiavone                    20-13820

---

| Part 4 | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

Total      6a. Domestic support obligations                    6a  $      -

claims     6b. Taxes and certain other debts you owe

from       the government                                      6b  $   3,647

Part 1     6c. Claims for death or personal injury while

           you were intoxicated                                6c  $      -

           6d. Other.Add all ortther priority unsecured claims.

           Write that amount here.                             6d + $      -

           6e. Total. Add lines 6a through 6d                  6e | $   3,647

---

Total      6f. Student loans                                   6f  $      -

claims     6g. Obligations arising out of a separation

from       agreement ordivorce that you did not list as

Part 2     priority                                            6g  $      -

           6h. Debts to pension or profit sharing plans &

           other similar debts.                                6h  $      -

           6i. Other. Add all other nonproirity unsecured

           claims.  Write that amount here.                    6i + $  41,467

           6j.  Total. Add lines 6f throuhg 6i                 6j | $  41,467

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Anthony L Schiiavone | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Karhleen L Schiavone | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number  20-113820
(If known)

☐ Check if this is an
   amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name<br><br>Number    Street<br><br>City                    State    ZIP Code | |
| 2.2 | Name<br><br>Number    Street<br><br>City                    State    ZIP Code | |
| 2.3 | Name<br><br>Number    Street<br><br>City                    State    ZIP Code | |
| 2.4 | Name<br><br>Number    Street<br><br>City                    State    ZIP Code | |
| 2.5 | Name<br><br>Number    Street<br><br>City                    State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Anthony L Schiavone | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kathleen L Schiavone | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   20-13820
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____

      Name of your spouse, former spouse, or legal equivalent

      _____

      Number       Street

      _____

      City                State                ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |
| **3.1** NONE | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| Number       Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |
| **3.2** | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| Number       Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |
| **3.3** | ☐ Schedule D, line _____ |
| Name | ☐ Schedule E/F, line _____ |
| Number       Street | ☐ Schedule G, line _____ |
| City          State          ZIP Code | |

| Fill in this information to identify your case | | | |
|---|---|---|---|
| Debtor 1 | Anthony | L | Schiavone |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kathleen | L | Schiavone |
| (spouse if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | Eastern | District of | Pennsylvania |
| Case number | 20-13820 | | |

[] Check if this is an amended filing

[] ☒ A supplement showing postpetition chapter 13 income as of the following date:
00/00/0000

## Official Form 106I

# Schedule I: Your Income

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, & your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1    Describe Employment

1. Fill in your employment information

If you have more than 1 job, attach a separate page

Include part-time, student & homemaker if applicable

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| | [x] Employed | [] Employed |
| | [] Unemployed | [x] Unemployed |
| Occupation | cutter | Retired |
| Employer's Name: | Kismet Apparel | …………………………… |
| Employer's Address: | 91 Cabot Court | …………………………… |
| | Hauppauge NY 11788 | …………………………… |
| | …………………………… | …………………………… |
| How long employed: | 6 yr | …………………………… |

## Part 2    Give Details about Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly groos wages, salary & commissions (before payroll deductions.<br><br>If not paid monthly, calculate what the monthly wage would be | $ 2,543.49 | $         - |
| 3. Estimate and list monthly overtime pay | $    95.56 | $         - |
| 4. Calculate gross income. Add line 2 + line 3. | $ 2,639.04 | $         - |

Anthony        L        Schiavone        Case Number > 20-13820

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Copy Line 4 here >>>>>>>>>>> | 4.. $ 2,639.04 | $ - |
| **5. List all payroll deductions** | | |
| 5a. Tax, Medicare, and Social Security deductions | $ 336.49 | $ - |
| 5b. Mandatory contributions for retirement plans | $ - | $ - |
| 5c. Voluntary contributions for retirement plans | $ - | $ - |
| 5d. Required repayments of retirement fund loans | $ - | $ - |
| 5e. Insurance | $ - | $ - |
| 5f. Domestic support obligations | $ - | $ - |
| 5g. Union dues | $ - | $ - |
| 5h. Other deductions. Specify .............. | $ - | $ - |
| **6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.** | $ 336.49 | $ - |
| **7. Calculate total monthly take-home pay. Subtract line 6 from line 4.** | $ 2,302.55 | $ - |
| **8. List all other income regularly received:** | | |
| 8a. Net income from rental property and from operating a business, profession, or farm Attach a separate schedule for each property showing gorss receipts necessary espenses and total net monthly income | 8a $ - | $ - |
| 8b. Interest and dividends | 8b $ - | $ - |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c $ - | $ - |
| 8d. Unemployment compensation | 8d $ - | $ - |
| 8e. Social Security | 8e $ 2,057.00 | $ 900.00 |
| f. Other government assistance that you regularly receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify.... ............... | 8f $ - | $ - |
| 8g. Pension or retirement income | 8g $ - | $ - |
| 8h. Other monthly income. Specify: | 8h $ - | $ - |
| **9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.** 9 | $ 2,057.00 | $ 900.00 |
| **10 Calculate monthly income. Add line 7 + line 9. Add the entries in line 10** for Debtor 1 and Debtor 2 or non-filing spouse. 10 | $ 4,359.55 | $ 900.00  $ 5,259.55 |

**11. State all other regular contributions to the expenses that you list in Schedule J**

Include contributiosn from an unmarried partner, member of your household, your dependents, your roomates & other friends or relatives

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J

Specify _____    11>>    $    -

12. Add the amount an the last column of line 10 to the aount in line 11. This reault is the combined monthly income

Write that amount in the Summary of Your Assets & Liabilities and Certain Statistical Information if it applies    12>>    $ 5,259.55

| Fill in this information to identify your case | | | |
|---|---|---|---|
| Debtor 1 | Anthony | L | Schiavone |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kathleen | L | Schiavone |
| (spouse if filing) | First Name | Middle Name | Last Name |
| US Bankruptcy Court | Eastern | < District of > | Pennsylvania |
| Case number | 20-13820 | | |

[ ] Check if this is an
amended filing

[ ] A supplement showing postpetition chapter 13
expenses as of the following date:    1/1/2002

**Official Form 106J**

# Schedule J: Your Expenses

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1. Is this a joint case?**

    [] No  Go to line 2.

    [x] Yes . Does Debtor 2 live in a separate household?

        [x] No

        [] Yes Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

**2. Do you have dependents?**

| | | Dependent's Relationship to | | Does dependent |
|---|---|---|---|---|
| [x] No | Fill out this information | | | |
| [] Yes | for each dependent | debtor 1 or debtor 2 | Age | live with you? |
| Do not list debtor 1 or debtor 2 | | | | [] No |
| | | ..... | ... | [] Yes |
| Do not state dependents' names | | | | [] No |
| | | ..... | ... | [] Yes |
| | | | | [] No |
| | | ..... | ... | [] Yes |
| | | | | [] No |
| | | ..... | ... | [] Yes |
| | | | | [] No |
| | | ..... | ... | [] Yes |

**3. Do your expenses include**
expenses of people other than     [x] No
yourself and your dependents?     [] Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

**4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.**

    4.. $1,643.00

        **If not included in line 4:**

        4a Real Estate Taxes      4a $ -

        4b. Property, homeowner's, or renter's insurance      4b $ -

        4c. Home maintenance, repair, and upkeep expenses      4c $ 100.00

        4d. Homeowner's association or condominium dues      4d $ -

| Debtor 1 | Anthony | L | Schiavone | Case Number> | 20-13820 | |
|---|---|---|---|---|---|---|

| | | Your expenses |
|---|---|---|

**5. Additional mortgage payments for your residence, such as home equity loans** — 5 $ 250.00

**6. Utilities:**

| | | |
|---|---|---|
| 6a. Electricity, heat, natural gas | 6a $ | 183.00 |
| 6b. Water, sewer, garbage collection | 6b $ | 70.00 |
| 6c. Telephone, cell phone, internet, satellite & cable services | 6c $ | 100.00 |
| 6d. Other. Specify        Wood heat pellets | 6d $ | 17.00 |
| 7 Food & housekeeping supplies | 7 $ | 400.00 |
| 8 Childcare & children's education costs | 8 $ | - |
| 9 Clothing, laundry & dry cleaning | 9 $ | 50.00 |
| 10 personal care products & services | 10 $ | 50.00 |
| 11 Medical & dental expenses | 11 $ | 181.00 |
| 12 Transportation. Include gas, maintenance, bus or train fare | | |
| Do not include car payments | 12 $ | 300.00 |
| 13 Entertainmentclubs, recreation, newspapers, magazines & books | 13 $ | - |
| 14 Charitable contributions & eligious donations | 14 $ | - |
| 15 Insurance. Do not incldue ins deducted from your pay or include in lines 4 or 20 | | |
| 15a. Life insurance | 15a $ | - |
| 15b. Health insurance | 15b $ | - |
| 15c. Vehicle insurance | 15c $ | 90.00 |
| 15d. Other insurance. Specify      ...... | 15d $ | - |
| 16 Taxes. Do not incldue ins deducted from your pay or include in lines 4 or 20 | | |
| specify        ............ | 16 $ | - |
| 17 Installment orlease payments | | |
| 17a. Car payments for Vehicle 1 | 17a $ | - |
| 17b. Car payments for Vehicle 2 | 17b $ | - |
| 17c. Other.  Specify        ... | 17c $ | - |
| 17d. Other. Specify        ... | 17d $ | - |
| 18 Your payments of alimony, maintenance, and support that you did not report as deducted from | | |
| your pay on line 5, Schedule I, Your Income (Official Form 106I). | 18 $ | - |
| 19 Other payments you make to support others who do not live with you. | | |
| Specify | 19 $ | - |
| 20 Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a $ | - |
| 20b. Real estate taxes | 20b $ | - |
| 20c. Property, homeowner's, or renter's insurance | 20c $ | - |
| 20d. Maintenance, repair, and upkeep expenses | 20d $ | - |
| 20e. Homeowner's association or condominium dues | 20e $ | - |

Debtor 1    Anthony    L    Schiavone    Case number> 20-13820

| 21 Other | Specify | | 21 | 0 |

22 Calculate your monthly expenses

| 22a. Add lines 4 through 21. | 22a | $3,434.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b $ | - |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c | $3,434.00 |

23 Calculate your monthly net income

| 23a. Copy line 12 (your combined monthly income) from Schedule I. | 23a | $5,259.55 |
| 23b. Copy your monthly expenses from line 22c above. | 23b | $3,434.00 |

| 23c. Subtract your monthly expenses from your monthly income. | 23c | $ 1,825.55 |

The result is your monthly net income.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Anthony L Schiavone | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Kathleen L Schiavone | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number    20-13820
(If known)

☐ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ ../s/..Anthony L Schiavone            ✗ ../s/..Kathleen L Schiavone

Signature of Debtor 1                    Signature of Debtor 2

Date 10/19/2020                          Date 10/19/2020
     MM / DD / YYYY                           MM / DD / YYYY